1  Ryan L. Eddings, Bar No. 256519
   reddings@littler.com
2  LITTLER MENDELSON, P.C.
   5200 North Palm Avenue
3  Suite 302
   Fresno, California 93704.2225
4  Telephone:   559.244.7500
   Fax No.:      559.244.7525
5
   Attorneys for Defendant
6  NATIONAL RAILROAD PASSENGER
   CORPORATION DBA AMTRAK
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| 11 | DOUGLAS SINCLAIR, an individual, | Case No. 1:22-cv-00744-JLT-SKO |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION TO CONTINUE DATE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |
| 13 | v. | |
| 14 | NATIONAL RAILROAD PASSENGER CORPORATION d/b/a/ AMTRAK, a | (Doc. 6) |
| 15 | corporation; and DOES 1-20, inclusive, | Complaint Served: June 22, 2022<br>Current Response Date: July 13, 2022 |
| 16 | Defendants. | New Response Date: August 10, 2022 |

17

18    Plaintiff DOUGLAS SINCLAIR ("Plaintiff") and Defendant NATIONAL
19 RAILROAD PASSENGER CORPORATION DBA AMTRAK ("Defendant"), by and through
20 undersigned counsel and pursuant to Eastern District Local Rule 144(a), hereby stipulate to a 28-day
21 extension of time for Defendant to respond to Plaintiff's Complaint.
22    WHEREAS, on June 21, 2022, Plaintiffs initiated the instant action by filing a
23 Complaint against Defendant;
24    WHEREAS, Plaintiff served Defendant with Plaintiff's Complaint on June 22, 2022;
25    WHEREAS, Defendant's current deadline to respond to Plaintiff's Complaint is July
26 13, 2022;
27
28

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Stipulation to Continue Date for Defendant to
Respond to Plaintiff's Complaint; Order

CASE NO. 1:22-CV-00744-JLT-SKO

WHEREAS, Plaintiff and Defendant agree to a 28-day extension of time for Defendant to respond to Plaintiff's Complaint, such that Defendant's deadline to file a responsive pleading to Plaintiff's Complaint would be August 10, 2022;

THEREFORE, pursuant to Local Rule 144(a) of the United States District Court for the Eastern District of California, the Parties stipulate, subject to Court approval, to extend the deadline by which Defendant must file its responsive pleading to **August 10, 2022**.

Dated: July 11, 2022

> */s/* Ethan D. Kirschner
> ETHAN D. KIRSCHNER
> KIRSCHNER LAW, PC
> Attorneys for Plaintiff
> DOUGLAS SINCLAIR

Dated: July 11, 2022

> /s/ Ryan L. Eddings
> RYAN L. EDDINGS
> LITTLER MENDELSON, P.C.
> Attorneys for Defendant
> NATIONAL RAILROAD PASSENGER
> CORPORATION DBA AMTRAK

**ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 6), the deadline for Defendant to file its responsive pleading is hereby EXTENDED to **August 10, 2022.**

IT IS SO ORDERED.

Dated:   **July 12, 2022**        */s/ Sheila K. Oberto*
                            UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

Stipulation to Continue Date for Defendant to Respond to Plaintiff's Complaint; Order   2   CASE NO. 1:22-CV-00744-JLT-SKO