ETHAN D. KIRSCHNER, State Bar No. 235556
ethan@kirschner-law.com
**KIRSCHNER LAW, PC**
8383 Wilshire Blvd. Ste. 510
Beverly Hills, CA 90211
Telephone:   (213) 935-0250
Facsimile:   (213) 986-3106

*Attorney for Plaintiff*
DOUGLAS SINCLAIR

Ryan L. Eddings, Bar No. 256519
reddings@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California  93704.2225
Telephone:  559.244.7500
Fax No.:     559.244.7525
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SINCLAIR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, a corporation; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 1:22-cv-00744-JLT-SKO<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE FOR NON-EXPERT DISCOVERY**<br><br>(Doc. 20)<br><br>Honorable Judge Sheila K. Oberto |

JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE FOR NON EXPERT DISCOVERY

Plaintiff DOUGLAS SINCLAIR ("Plaintiff") and Defendant NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK ("Defendant"), through their respective counsel of record, hereby stipulate pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure as follows:

**1. Good Cause to Extend Discovery Deadline For Non Expert Discovery**

The Parties come before the Court to seek a first extension of the discovery deadline for the non-expert discovery from May 31, 2023 to June 30, 2023. All other deadlines will not be affected with such extension. The Parties have engaged in good faith efforts to further discovery in this matter and to resolve a discovery dispute.

Plaintiff's counsel is currently on a medical leave, and Defendant has a dispute with regard to the deposition topics for a deposition scheduled May 24, 2023. Because Plaintiff's counsel is on medical leave until May 22, the Parties will not be able to resolve the dispute prior to the May 24 deposition. Because of these reasons, the Parties have agreed to extend the deadline to allow time to resolve the dispute and any other discovery issues. As such, the Parties request that the Court for good cause grant the Parties' first request for an extension of time.

**2. Stipulation to Extend Discovery Deadlines**

The Parties stipulate that the original Joint Scheduling Order (ECF No. 15) be amended to reflect the following new deadlines:

a. Non Expert discovery shall be completed by June 30, 2023.

b. All remaining discovery deadlines remain the same.

IT IS SO STIPULATED.

DATED:  May 22, 2023        KIRSCHNER LAW, PC

By: /s/ Ethan D. Kirschner
Ethan D. Kirschner
Attorney for Plaintiff DOUGLAS SINCLAIR

DATED: May 22, 2023         LITTLER MENDELSON, P.C.

By: /s/ Ryan L. Eddings
Ryan L. Eddings
Attorney for Defendant NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK

## ORDER

For good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), the foregoing stipulation to extend discovery deadline (Doc. 20) is hereby approved and the new deadline for discovery as set forth in the Scheduling Order (Doc. 15) is MODIFIED as follows: Non expert discovery shall be completed by **June 30, 2023**.  All remaining deadlines remain as set.

IT IS SO ORDERED.

Dated:   **May 24, 2023**              /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE