ETHAN D. KIRSCHNER, State Bar No. 235556
ethan@kirschner-law.com
**KIRSCHNER LAW, PC**
8383 Wilshire Blvd. Ste. 510
Beverly Hills, CA 90211
Telephone:   (213) 935-0250
Facsimile:   (213) 986-3106

*Attorney for Plaintiff*
DOUGLAS SINCLAIR

Ryan L. Eddings, Bar No. 256519
reddings@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California  93704.2225
Telephone:  559.244.7500
Fax No.:     559.244.7525
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SINCLAIR, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, a corporation; and DOES 1-20, inclusive,<br><br>        Defendants. | CASE NO. 1:22-cv-00744-JLT-SKO<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**<br><br>Honorable Judge Sheila K. Oberto |

Plaintiff DOUGLAS SINCLAIR ("Plaintiff") and Defendant NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK ("Defendant"), through their respective counsel of record, hereby stipulate pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure as follows:

1. **Good Cause to Extend Filing Deadline For Dispositive Motions**

The Parties come before the Court to seek (1) a 14-day extension of the deadline for filing dispositive motions from October 20, 2023 to November 3, 2023 and (2) to continue the hearing date from November 27, 2023 to December 11, 2023. All other deadlines will not be affected with such extension. The Parties have engaged in good faith efforts to further discovery in this matter and to resolve a discovery dispute.

This Court had continued the previous deadline for filing a dispositive motion to October 20, 2023, in response to the Parties' Joint Stipulation to extend Rule 30(B)(6) Deposition. Dkt. 25. Defendant had served its final draft of the Joint Statement of Undisputed Facts on October 17, 2023 to Plaintiff for purposes of meeting and conferring with regards to Defendant's Motion for Summary Judgment. *See* Dkt. 15. However, the Parties require more time to meet and confer . Expert discovery closed on October 6, 2023 and Defendant had to work under time constraints and did its best to provide Plaintiff enough time to add his portions to the Joint Statement before filing.

Because of these reasons, the Parties have agreed to extend the deadline to allow time to resolve the dispute and allow Plaintiff to add his portions to the Joint Statement of Undisputed Facts. As such, the Parties request that the Court for good cause grant the Parties' request for an extension of time to the filing of any dispositive motions and associated hearings.

2. **Stipulation to Extend Dispositive Motion Deadlines**

The Parties stipulate that the original Joint Scheduling Order (ECF No. 15 and

1

JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS

1  ECF No. 25) be amended to reflect the following new deadlines:

2      a. The filing deadline for dispositive motions is continued to November 3,

3         2023, and the hearing date is continued to December 11, 2023.

4      b. All remaining deadlines remain the same.

5    IT IS SO STIPULATED.

7  DATED:  October 18, 2023      KIRSCHNER LAW, PC

10                                  By: /s/ Ethan D. Kirschner

11                                    Ethan D. Kirschner
                                  Attorney for Plaintiff DOUGLAS
12                                    SINCLAIR

13  DATED: October 18, 2023      LITTLER MENDELSON, P.C.

16                                  By: /s/ Ryan L. Eddings

17                                  Ryan L. Eddings
                                Attorney for Defendant NATIONAL
18                                  RAILROAD PASSENGER
                                CORPORATION d/b/a AMTRAK

# ORDER

For good cause shown, the stipulation to extend the dispositive motions deadline (Doc. 36) is hereby approved and the new deadlines as set forth in the Scheduling Orders (Docs. 15, 25) shall be amended as follows:

a. The filing deadline for dispositive motions is continued to November 3, 2023, and the dispositive motion hearing date is continued to December 11, 2023.

b. The parties requested all other deadlines remain unchanged. In accordance with District Judge Jennifer Thurston's scheduling practices and calendar, however, the pretrial conference date is continued to February 5, 2024, and the trial date is continued to April 23, 2024.

IT IS SO ORDERED.

Dated:   **October 19, 2023**                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE