ETHAN D. KIRSCHNER (State Bar No. 235556)
ethan@kirschner-law.com
**KIRSCHNER LAW, PC**
8383 Wilshire Blvd. Ste. 510
Beverly Hills, CA 90211
Phone: (213) 935-0250
Fax: (213) 986-3106

*Attorney for Plaintiff*
DOUGLAS SINCLAIR

Ryan L. Eddings, Bar No. 256519
reddings@littler.com
**LITTLER MENDELSON, P.C.**
5200 North Palm Avenue
Suite 302
Fresno, California  93704.2225
Telephone:  559.244.7500
Fax No.:     559.244.7525

*Attorneys for Defendant*
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SINCLAIR, an individual, | Case No. 1:22-cv-00744-JLT-SKO |
| Plaintiff, | **PARTIES' JOINT STIPULATION TO CONTINUE DECEMBER 5, 2023, SETTLEMENT CONFERENCE DATE** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, a corporation; and DOES 1-20, inclusive, | Honorable Judge Sheila K. Oberto |
| Defendants. | |

JOINT STIPULATION TO CONTINUE DECEMBER 5, 2023, SETTLEMENT CONFERENCE DATE

## STIPULATION

Plaintiff Douglas Sinclair ("Plaintiff") and Defendant National Railroad Passenger Corporation d/b/a Amtrak ("Defendant") (all parties collectively "the Parties"), through their respective counsel of record, and based upon good cause and the following facts, hereby agree and stipulate as follows:

WHEREAS, Plaintiff and Defendant continue to have differing views of the appropriate settlement amount, if any, of this matter;

WHEREAS, the Settlement Conference in this matter is currently scheduled for December 5, 2023 at 10:30 a.m.;

WHEREAS, Defendant filed a Motion for Summary Judgment ("Motion") scheduled to be heard on or about December 11, 2023, and Plaintiff has opposed the Motion [Dkt. 38];

WHEREAS, the parties agree that resolution of the Motion by the Court is a necessary precondition for the parties to have a productive Settlement Conference; and

WHEREAS, counsel for Plaintiff is unavailable from January 13 to January 23, 2024, for a family vacation;

IT IS HEREBY STIPULATED by the Parties that the Settlement Conference should be continued to January 9, 2024, at 10:30 a.m., or a date thereafter chosen by the Court for which the parties and their counsel are available.

//
//
//
//
//
//
//
//

Respectfully submitted,

DATED:  November 20, 2023      KIRSCHNER LAW, PC

By   /s/ Ethan D. Kirschner
      Ethan D. Kirschner

Attorney for Plaintiff Douglas Sinclair

DATED:  November 20, 2023      LITTLER MENDELSON, P.C.

By   /s/ Ryan L. Eddings
      Ryan L. Eddings

Attorneys for Defendant National Railroad Passenger Corporation d/b/a Amtrak

**ORDER**

The Court, having considered the Parties' stipulation (Doc. 45), and good cause appearing, approves the Stipulation and continues the Settlement Conference in this matter to January 23, 2024, at 10:30 a.m.  All associated deadlines, including the Pre-Settlement Telephonic Conference (Doc. 35) set for November 28, 2023, are VACATED and will be reset per a written order regarding Settlement Conference procedures that will follow.

IT IS SO ORDERED.

Dated:   **November 21, 2023**                     /s/ *Sheila K. Oberto*
                                                                            UNITED STATES MAGISTRATE JUDGE