ETHAN D. KIRSCHNER, State Bar No. 235556
ethan@kirschner-law.com
**KIRSCHNER LAW, PC**
8383 Wilshire Blvd. Ste. 510
Beverly Hills, CA 90211
Telephone:   (213) 935-0250
Facsimile:    (213) 986-3106

*Attorney for Plaintiff*
DOUGLAS SINCLAIR

Ryan L. Eddings, Bar No. 256519
reddings@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California  93704.2225
Telephone:  559.244.7500
Fax No.:      559.244.7525
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS SINCLAIR, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, a corporation; and DOES 1-20, inclusive,<br><br>    Defendants. | CASE NO. 1:22-cv-00744-JLT-SKO<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING DISPOSITIONAL DOCUMENTS REQUESTING THE DISMISSAL OF THE ACTION FOR A SECOND TIME (DKTS. 63, 65)**<br><br>Honorable Judge Sheila K. Oberto |

Plaintiff DOUGLAS SINCLAIR ("Plaintiff") and Defendant NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK ("Defendant"), through their respective counsel of record, hereby stipulate and request the Court,

pursuant to Local Rule 160(b) and Federal Rules of Civil Procedure 16, to extend the time for filing the dispositional papers a second time as follows:

## 1. Good Cause to Extend Deadline For Filing Dispositional Papers

The Parties come before the Court to seek an extension for filing dispositional documents requesting the dismissal of the action, which is currently set for March 4, 2024. *See* Dkt. 65.

Defendant has performed its part of the agreement, but Plaintiff requires 10 days to ensure Defendant's performance is complete. However, dispositional documents may be filed earlier than the 10 days. No party will be prejudice with a second extension.

As such, the Parties request that the Court, for good cause, grant the Parties' request for an extension of the deadline for filing of any dispositional documents requesting the dismissal of the action to March 14, 2024.

## 2. Request to Extend Filing Dismissal Papers Deadlines

The Parties stipulate and request that the deadline for filing dispositional documents requesting the dismissal of the action due to settlement, as set forth, in Dkt. 65 be extended from March 4, 2024, to March 14, 2024.

IT IS SO STIPULATED.

DATED: March 4, 2024					KIRSCHNER LAW, PC


						By: */s/ Ethan D. Kirschner*
						    Ethan D. Kirschner
						    Attorneys for Plaintiff DOUGLAS
						    SINCLAIR

DATED: March 4, 2024			LITTLER MENDELSON, P.C.

						By: */s/Jemuel S. Gascon*
							Ryan L. Eddings
							Jemuel S. Gascon
							Attorneys for Defendant NATIONAL
							RAILROAD PASSENGER
							CORPORATION d/b/a AMTRAK

2
SECOND JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISPOSITIONAL DOCUMENTS

# **ORDER**

For good cause shown, the stipulation and request (Doc. 63) to extend the deadline for filing dispositional documents requesting the dismissal of the action is hereby approved and CONTINUED from March 4, 2024, to March 14, 2024.

IT IS SO ORDERED.

Dated:   **March 5, 2024**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE