# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SINCLAIR, an individual, | No. 1:22-cv-00744-JLT-SKO |
| Plaintiff, | |
| v. | ORDER DIRECTING CLERK TO CLOSE THE CASE |
| NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, a corporation; and DOES 1-20, inclusive, | (Doc. 68) |
| Defendants. | |

On March 12, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 72). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**March 13, 2024**__           /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE